

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 2:07-CR-063-JCM-RJJ |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| LORRAINE FIELDS | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (#25) on October 10, 2007. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

Name of Payee: Nevada State Bank
Amount of Restitution: $150,000.00

Name of Payee: Diane Dickerson
Amount of Restitution: $31,277.61

**Total Amount of Restitution ordered:** $181,277.61

Dated this _____ day of October, 2016.

UNITED STATES DISTRICT JUDGE